| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2016
David J. Bradley, Clerk

| Steven Ray Peace, | § | |
|---|---|---|
| Petitioner, | § | |
| versus | § | Civil Action H-14-0643 |
| William Stephens, | § | |
| Respondent. | § | |

## Order of Adoption

On February 22, 2016, Magistrate Judge Stephen Wm. Smith issued an Amended Memorandum and Recommendation (30). Petitioner filed objections (31), to which respondent, as ordered, responded (34). After considering the record and the law, the court adopts the Amended Memorandum and Recommendation as its Memorandum and Order. Peace's petition for writ of habeas corpus is denied with prejudice.

Signed _____May 6_____, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge